**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CEDRIC GLAZE                                                                                                    PLAINTIFF

v.                                          3:15CV00339-DPM-JJV

CRITTENDEN COUNTY
DETENTION CENTER; *et al.*                                                                          DEFENDANTS

**ORDER**

Having reviewed Plaintiffs' Complaint (Doc. No. 1) for screening purposes,[1] the Court concludes that service is appropriate for Defendant Chris Chatters.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Chatters, and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 1), Addendum (Doc. No. 4), and this Order on him without prepayment of fees and costs or security therefore. Service for this defendant should be through the Crittenden County Detention Center, 350 Afco Road, West Memphis, AR 72301.

DATED this 30th day of November, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).