IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC GLAZE                                                                      PLAINTIFF

v.                              No. 3:15-cv-339-DPM-JJV

CRITTENDEN COUNTY DETENTION CENTER;
BROWN, Lieutenant, CCDC; GWEN HUNT, Sergeant,
CCDC; BROWNLOW, Jailer, CCDC; McCONNELL,
Jalier/Booking, CCDC; LITTLEJOHN, Jailer, CCDC;
WIRTH, Jailer, CCDC; HOLMES, Jailer, CCDC;
BRIGET MILO, Sergeant, CCDC; RONNIE COLEMAN,
Administrator, CCDC; CHRIS CHATTERS, Jailer, CCDC;
RYAN STONE, Jailer, CCDC; and DOES, Stephanie and
Lucas, Jailers, CCDC                                                              DEFENDANTS

ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Glaze may proceed with his failure-to-protect claim against Defendant Chatters. Glaze's other claims are dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 December 2015