**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CEDRIC GLAZE                                                                                    PLAINTIFF

v.                                                3:15CV00339-DPM-JJV

CRITTENDEN COUNTY
DETENTION CENTER; *et al.*                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P.

Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection is

to a factual finding, specifically identify that finding and the evidence that supports your objection.

An original and one copy of your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.  Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.       Why the record made before the Magistrate Judge is inadequate.

2.       Why the evidence proffered at the hearing (if such a hearing is granted) was not

offered at the hearing before the Magistrate Judge.

3.       The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

On November 30, 2015, I directed service for Defendant Chris Chatters.  (Doc. No. 8.)  All other Defendants were dismissed shortly thereafter.  (Doc. No. 9.)  A summons for Chatters was returned unexecuted on December 17, 2015.  (Doc. No. 10.)  I directed Plaintiff to provide a viable address at which Chatters could be served (Doc. No. 12) and Plaintiff stated he knew of no alternate address, so he requested the Court to ascertain Chatters' address from Crittenden County staff.  (Doc. No. 19.)  The Court contacted the Crittenden County Sheriff's Department and Department personnel stated Chatters was no longer employed and they had no other address information.

On January 26, 2016, I offered Plaintiff a final thirty-day extension to provide a viable address.  (Doc. No. 21.)  That deadline has now passed and he has failed to comply with or otherwise respond to my Order.

IT IS, THEREFORE, RECOMMENDED that Defendant Chris Chatters be DISMISSED without prejudice.

Dated this 29th day of February, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE