IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC GLAZE                                                                                         PLAINTIFF

v.                                          No. 3:15-cv-339-DPM

CHRIS CHATTERS, Jailer,
Crittenden County Detention Center                                                   DEFENDANT

ORDER

1. On *de novo* review, the Court overrules Glaze's belated objections to the November 30th recommendation. № 22; FED. R. CIV. P. 72(b)(3). As Magistrate Judge Volpe noted, if Glaze wants to proceed with his claims about use of restraints on 28 May 2015, then he must do so in a separate lawsuit. № 7 at 4.

2. Unopposed recommendation, № 23, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Glaze's claims against Chatters will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2016