IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC GLAZE                                                               PLAINTIFF

v.                               No. 3:15-cv-339-DPM

CRITTENDEN COUNTY DETENTION CENTER;
BROWN, Lieutenant, CCDC; GWEN HUNT, Sergeant,
CCDC; BROWNLOW, Jailer, CCDC; McCONNELL,
Jailer/Booking, CCDC; LITTLEJOHN, Jailer, CCDC;
WIRTH, Jailer, CCDC; HOLMES, Jailer, CCDC;
BRIGET MILO, Sergeant, CCDC; RONNIE COLEMAN,
Administrator, CCDC; CHRIS CHATTERS, Jailer, CCDC;
RYAN STONE, Jailer, CCDC; and DOES, Stephanie and
Lucas, Jailers, CCDC                                                    DEFENDANTS

JUDGMENT

Glaze's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

23 March 2016